518

No. 69692.—L. Batlin & Son, Inc., et al. *v.* United States, protests 303955–K, etc. (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the items marked "B" consist of cups and saucers similar in all material respects to those the subject of *W. Kay Company, Inc.* v. *United States* (53 Cust. Ct. 130, C.D. 2484), and that the items marked "A" consist of cups and saucers the same as those the subject of *United States* v. *The Baltimore & Ohio R.R. Co. a/c United China & Glass Company* (47 CCPA 1, C.A.D. 719), the claim of the plaintiffs was sustained.

No. 69693.—Ucagco, Inc., et al. *v.* United States, protests 316447–K, etc. (Portland, Oreg).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of cups and saucers similar in all material respects to those the subject of *W. Kay Company, Inc.* v. *United States* (53 Cust. Ct. 130, C.D. 2484), the claim of the plaintiffs was sustained.

No. 69694.—W. Kay Co., Inc. et al. v. United States, protests 59/2658, etc. (Los Angeles).

Opinion by DONLON, J. In accordance with stipulation of counsel that the items marked "B" consist of cups and saucers similar in all material respects to those the subject of *W. Kay Company, Inc.* v. *United States* (53 Cust. Ct. 130,

C.D. 2484), and that the items marked "A" consist of cups and saucers the same as those the subject of *United States* v. *The Baltimore & Ohio R.R. Co. a/c United China & Glass Company* (47 CCPA 1, C.A.D. 719), the claim of the plaintiffs was sustained.

BEFORE THE SECOND DIVISION, DECEMBER 16, 1965

**No. 69695.**—Schick X-Ray Co., Inc. *v.* United States, protest 64/3331–13852 (Chicago).

Opinion by RAO, C.J. In accordance with stipulation of counsel that the merchandise consists of injectors or parts thereof, dedicated for use therewith, in chief value of metal, not laboratory apparatus, similar in all material respects to those the subject of *Schick X-Ray Co., Inc.* v. *United States* (49 Cust. Ct. 38, C.D. 2358), the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, DECEMBER 16, 1965

**No. 69696.**—United China & Glass Co. *v.* United States, protest 64/2669 (San Francisco).

DONLON, Judge: Prior submission of this case having been set aside, the protest herein was amended and the case resubmitted on November 19, 1965, on the following stipulation:

IT IS HEREBY STIPULATED AND AGREED by and between counsel for the respective parties hereto, as to merchandise covered by the protest enumerated in the annexed Schedule, which is incorporated herein:

That the following items, wherever they appear on the invoices accompanying the entry covered by the protest enumerated in the attached Schedule of Cases, were invoiced and appraised at the following unit values, and assessed with duty at the following rates:

| Item number | Description | Invoices and appraised value | Rate of duty assessed |
|---|---|---|---|
| 86/7517 | Noel Set | $0.29 per set | 25% ad valorem and 10 cents per dozen pieces under Par. 211, Tariff Act of 1930 as modified. |
| 86/7544 | Set of 4, 7½" Plate | $0.69 per set | 60% ad valorem and 10 cents per dozen pieces under Par. 212, Tariff Act of 1930 as modified. |
| 86/7545 | Set of 4, 10" Plate | $1.21 per set | 60% ad valorem and 10 cents per dozen pieces under Par. 212, Tariff Act of 1930 as modified. |